IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
FILE NUMBER 2:10-CR-37-B0-1

UNITED STATES OF AMERICA

vs.

TOBY JAMES RASCOE, JR.
    Defendant.

ORDER ALLOWING UNOPPOSED
MOTION TO CONTINUE
SENTENCING HEARING

FOR GOOD CAUSE SHOWN, and with no objection from the government, the defendant's motion to continue the sentencing hearing is ALLOWED and GRANTED and this matter is removed from the April 19, 2011 criminal calendar and is to be rescheduled at a later date as determined by the court as noticed to all parties by the clerk. *May Term 2011*

It is hereby ORDER and DIRECTED.

Entered at chambers, this the ___15___ day of April, 2011.

TERRENCE W. BOYLE
UNITED STATES DISTRICT COURT JUDGE